IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 29 P 2: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH BOYD,

Plaintiff,

v.

MANET COMMUNITY HEALTH
CENTER, INC.;
MEERA M. MATHEW, M.D.;
and JACQUELINE FOYE, R.N.,

Defendants.

CIVIL ACTION
NO.

04c 12310 NMG

MAGISTRATE JUDGE RBC

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Defendants Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N., by and through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby file this notice of removal, and as grounds for such removal state as follows:

1. Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N. are named defendants in the action styled <u>Deborah Boyd v. Manet Community Health Center, Inc., et al.</u>, Docket No.04-01037, now pending in the Superior Court of Norfolk County, Massachusetts.

2. In that action, plaintiff makes allegations of, *inter alia*, negligence arising out of her medical care. For the relevant time period, Dr. Mathew and Ms. Foye were employees of Manet Community Health Center. Manet Community Health Center

comes under the jurisdiction of the United States of America. Pursuant to 28 U.S.C. §2679, plaintiff's exclusive remedy for injury arising from the alleged negligent acts of an employee of the United States is a suit against the United States under the provisions of the Federal Tort Claims Act. If filed in a state court, such actions are removable to United States District Court at any time before trial. 28 USC § 2679. This action is therefore removable to this Court.

3. No previous application for removal of this action has been made.

4. A copy of the pleadings filed in the Norfolk Superior Court and available to the government at this time are attached hereto.

WHEREFORE, Defendants Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N. pray that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Norfolk County Superior Court, Civil Division, that the Norfolk County Superior Court, Civil Division shall proceed no further.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: October 29, 2004

## CERTIFICATE OF SERVICE

I, Eugenia M. Carris, Assistant U.S. Attorney, do hereby certify that I have this 29th day of October, 2004 served a copy of the foregoing Notice of Removal by First Class Mail upon:

Christopher G. Timson, Esq.
Howard, Timson & White
89 Access Road - Suite 29
Norwood, MA 02062

                                                           Eugenia M. Carris
                                                           Assistant U.S. Attorney