UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH BOYD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12310-NMG |
| MANET COMMUNITY HEALTH CENTER, INC.; MEERA M. MATHEW, M.D.; and JACQUELINE FOYE, R.N., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**UNITED STATES'S ASSENTED-TO MOTION FOR
ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for a 60-day extension of time, to and including January 6, 2005, within which to answer or otherwise respond to the Complaint in the above-captioned case. Counsel for plaintiff assents to this motion. As grounds for this motion, the government states that this is a matter, originally filed in state court, which has only recently been referred to the United States Attorney's Office by the Department of Health and Human Services. When the undersigned counsel received it, she filed a Notice of Removal with this Court. It will take the undersigned counsel several weeks to obtain the complete file and get up to speed on the issues presented in this case. Since the government normally has 60 days in which to respond to a Complaint, it requests the same relief herein.

WHEREFORE, the government respectfully requests that the Court allow this assented-to motion.

|  |  |
|---|---|
|  | Respectfully submitted<br>By its attorney, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/ Eugenia M. Carris<br>Eugenia M. Carris<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210 |
| Dated: November 4, 2004 | (617) 748-3376 |

**L.R. 7.1 Certification**

The undersigned states that plaintiff's counsel assents to the relief sought herein.

/s/ Eugenia M. Carris
Eugenia M. Carris

**CERTIFICATE OF SERVICE**

I, Eugenia M. Carris, Assistant U.S. Attorney, do hereby certify that I have this 4th day of November served a copy of the foregoing by first-class mail upon counsel for plaintiff:

Christopher G. Timson, Esq.
Howard, Timson & White
89 Access Road - Suite 29
Norwood, MA 02062

/s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney