UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| DEBORAH BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12310-NMG |
| MANET COMMUNITY HEALTH CENTER, INC.; MEERA M. MATHEW, M.D.; and JACQUELINE FOYE, R.N., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1), the United States is hereby substituted for the individual defendants, Meera M. Mathew, M.D. and Jacqueline Foye, R.N. with respect to any and all causes of action based on state law. The grounds for this substitution are:

1.  The plaintiff has brought an action against the above-named defendants, alleging that she sustained damages as result of medical care. During the relevant time period, Meera M. Mathew, M.D. and Jacqueline Foye, R.N. were employees of the Manet Community Health Center, Inc., a federally supported health center, which is covered under the Federal Tort Claims Act.

2.  Pursuant to 28 U.S.C. §§ 2675 and 2679, plaintiff's exclusive remedy for a tort claim against an employee of the United States is an action against the United States under the Federal Tort Claims Act.

3.     The United States Attorney for the District of Massachusetts has certified pursuant to 28 U.S.C. §§ 2679(d)(1) and (2), and 28 C.F.R. § 15.3, that at the time of the conduct alleged, Meera M. Mathew, M.D. and Jacqueline Foye, R.N. were acting within the scope of their employment as an employees of the United States.

4.     Upon Certification that a federal employee was acting within the scope of his or her office or employment at the time of the incident out of which a state law claim arises, any civil action based on the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to the state law claims.  28 U.S.C. § 2679(d)(1) and (2).

The Court is respectfully referred to the Certification of Michael J. Sullivan filed together with this notice.  A draft Order amending the caption of this case to reflect the substitution of the United States is attached hereto for the Court's convenience.

                                                Respectfully submitted
                                                By its attorney,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                      By:     /s/ Eugenia M. Carris
                                                Eugenia M. Carris
                                                Assistant U.S. Attorney
                                                1 Courthouse Way
                                                Suite 9200
                                                Boston, MA  02210

Dated: November 5, 2004                    (617) 748-3376

**CERTIFICATE OF SERVICE**

I, Eugenia M. Carris, Assistant U.S. Attorney, do hereby certify that I have on November 5, 2004 served a copy of the foregoing by first-class mail upon counsel for plaintiff, Christopher G. Timson, Esq., Howard, Timson & White, 89 Access Road - Suite 29, Norwood, MA 02062

                                                                  /s/ Eugenia M. Carris
                                                                 Eugenia M. Carris
                                                                 Assistant U.S. Attorney