UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANET COMMUNITY HEALTH )<br>CENTER, INC.; )<br>MEERA M. MATHEW, M.D.; )<br>and JACQUELINE FOYE, R.N., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-12310-NMG |

## CERTIFICATION OF MICHAEL J. SULLIVAN

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the U.S. Attorney by the Assistant Attorney General under 28 C.F.R. § 15.3, hereby certify that I have read the plaintiff's Complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I find that the individual federal defendants, Meera Mathew, M.D. and Jacqueline Foye, R.N. were acting within the scope of their employment and offices as employees of the United States at the time that the incidents out of which plaintiff's claims arose occurred.

Dated:    November 7, 2004.
Boston, Massachusetts

Michael J. Sullivan
United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100