UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH BOYD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12310-NMG |
| MANET COMMUNITY HEALTH CENTER, INC.; MEERA M. MATHEW, M.D.; and JACQUELINE FOYE, R.N., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

The Court having been fully apprised that the United States Attorney has certified that Meera M. Mathew and Jacqueline Foye were acting within the scope of their employment at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States as the defendant pursuant to 28 U.S.C. § 2679(d)(2), it is hereby

ORDERED that the claims set forth in the Complaint are dismissed with respect to the individual defendants Meera M. Mathew and Jacqueline Foye and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____