IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANET COMMUNITY HEALTH )<br>CENTER, INC.; )<br>MEERA M. MATHEW, M.D.; )<br>and JACQUELINE FOYE, R.N., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-12310-NMG |

## NOTICE OF FILING STATE COURT PLEADINGS

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk of the Superior Court Department of the Trial Court, Norfolk County, were filed with the United States District Court.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3376

Dated:  November 10, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on _____

_____
Assistant U.S. Attorney

MAS-20030912 Case 1:04-cv-12310-NMG  Document 4  Filed 11/10/2004  Page 2 of 17  11/03/2004
ditunnoa                    Commonwealth of Massachusetts                         11:21 AM
                              NORFOLK SUPERIOR COURT
                                    Case Summary
                                    Civil Docket

# NOCV2004-01037
# Boyd v Manet Community Health Center Inc et al

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 06/21/2004 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 11/03/2004 | **Session** | A - Civil A | | | |
| **Origin** | 1 | **Case Type** | B06 - Medical malpractice | | | |
| **Lead Case** | | **Track** | A | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 10/18/2004 | **Answer** | 11/18/2004 | **Rule12/19/20** | 11/18/2004 |
| **Rule 15** | 09/14/2005 | **Discovery** | 08/10/2006 | **Rule 56** | 10/09/2006 |
| **Final PTC** | 02/06/2007 | **Disposition** | 06/21/2007 | **Jury Trial** | Yes |

## PARTIES

**Plaintiff**
Deborah Boyd
Active 06/21/2004

**Private Counsel 553120**
Christopher G Timson
Howard Timson White & O'Neill
89 Access Road
PO Box 588
Norwood, MA 02062
Phone: 781-551-8900
Fax: 781-551-8906
Active 06/21/2004 Notify

**Defendant**
Manet Community Health Center Inc
Served: 07/07/2004
Served (answr pending) 07/07/2004

**Private Counsel 566871**
Eugenia M Carris
Mass Atty General's Office
1 Ashburton Place
18th floor Criminal Bureau
Boston, MA 02108-
Phone: 617-727-2200
Fax: 617-727-5755
Active 11/03/2004 Notify

**Defendant**
Meera M Mathew M.D.
Dismissed under time standards 10/27/2004

A TRUE COPY
Attest: [signature] Deputy Assistant Clerk
11/3/04

**Defendant**
Jacqueline Foye R.N.
Served: 07/07/2004
Served (answr pending) 07/07/2004

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/21/2004 | 1.0 | Complaint entry fee $275 plff jury claim |
| 06/21/2004 | | Origin 1, Type B06, Track A. |

MAS-20030912  Case 1:04-cv-12310-NMG  Document 4  Filed 11/10/2004  Page 3 of 17  11/03/2004
dituunnoa                    Commonwealth of Massachusetts                              11:21 AM
                              NORFOLK SUPERIOR COURT
                                    Case Summary
                                    Civil Docket

# NOCV2004-01037
# Boyd v Manet Community Health Center Inc et al

| Date | Paper | Text |
|---|---|---|
| 06/21/2004 | 2.0 | Civil action cover sheet filed |
| 06/21/2004 | | average track notice sent to plff attorney |
| 06/23/2004 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 07/15/2004 | 3.0 | SERVICE RETURNED: Jacqueline Foye(Defendant), L&U on 7/7/04 |
| 07/15/2004 | 4.0 | SERVICE RETURNED: Manet Community Health Center Inc(Defendant), in hand to Kathleen McDonald, agent on 7/7/04 |
| 09/17/2004 | 5.0 | Plaintiff Deborah Boyd's MOTION to Extend Tme for Service of Process for 30 days as to Defendant Meera M. Mathew, M.D. (Faxed) |
| 09/17/2004 | | MOTION (P#5.0) ALLOWED, Time within which Plaintiff can obtain Service of Process on Defendant Meera M. Mathew, M.D. is Extended up to and including October 18, 2004. (Elizabeth Bowen Donovan, Associate Justice) Notices mailed September 17, 2004 |
| 10/27/2004 | 6.0 | ORDER OF DISMISSAL re: Meera M Mathew M.D. (w/o prejudice; service not complete by 1-88 deadline). (Dortch-Okara, R.A.J.)Copies mailed. |
| 10/27/2004 | | Case status changed to 'Needs review for answers' at service deadline review |
| 11/03/2004 | 7.0 | Notice of filing notice of removal. rec'd 11/1/04 |
| 11/03/2004 | 7.1 | Defts' Notice of removal to the United States District Court for the District Court of Mass. rec'd 11/1/04 |
| 11/03/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

COMMONWEALTH OF MASSACHUSETTS

NORFOLK:SS                                    MASSACHUSETTS TRIAL COURT
                                              SUPERIOR COURT DEPARTMENT
                                              DOCKET NO. 04 01037

DEBORAH BOYD                    )
Plaintiff                       )
                                )
v.                              )     COMPLAINT AND
                                )     JURY TRIAL DEMAND
MANET COMMUNITY HEALTH          )
CENTER, INC., MEERA M. MATHEW, M.D., )
AND JACQUELINE FOYE, R.N.       )
Defendants

## PARTIES

1. The Plaintiff, Deborah Boyd is an individual residing at 445 Palmer Street, Apt. #1, Quincy, Norfolk County, Commonwealth of Massachusetts.

2. The Defendant, Manet Community Health Center, Inc., is a Massachusetts Nonprofit corporation with its principal offices located at 1193 Sea Street, Quincy, Norfolk County, Commonwealth of Massachusetts.

3. The Defendant, Meera M. Mathew, M.D., is an individual residing at 392 Main Street, Apt. #2, Hingham, Plymouth County, Commonwealth of Massachusetts, at all relevant times was a medical doctor duly licensed to practice medicine in the Commonwealth of Massachusetts and was an employee of the defendant, Manet Community Health Center, Inc.

4. The Defendant, Jacqueline M. Foye, R.N., is an individual residing at 80 Spring Street, Quincy, Norfolk County, Commonwealth of Massachusetts, at all relevant times was a registered nurse duly licensed to practice nursing in the Commonwealth of Massachusetts and was an employee of the defendant, Manet Community Health Center, Inc.

## FACTS

5. During the period February 1999 through October 2001, the Defendants were Plaintiff's primary health care providers.

6. In the course of their treatment of Ms. Boyd, Defendants were negligent and deviated from the standard of care including, but not limited to, properly informing Ms. Boyd of test results which showed irregularities that should have been followed up by the Defendants and put Defendant on notice regarding the risk of failing to take action, failed to properly record Ms. Boyd's complaints, refused to set up appointments for Ms. Boyd to

1

see a doctor, failed to follow the proper medical protocol, failed to diagnosis and provide proper preventative treatment.

7. As a direct, proximate, proximate result of the negligence of the Defendants, their servants and employees, Plaintiff has been diagnosed with cervical cancer and was required to undergo a radical hysterectomy, suffer pain, anguish of mind, and other serious injury of the body, was unable to perform her usual activities and duties for an extended period of time, and sustained damages for loss of earnings and earning capacity.

## COUNT I
## NEGLIGENCE

8. The Plaintiff, Deborah Boyd restates, realleges and incorporates paragraphs 1 through 7 of this Complaint as though fully set forth herein.

WHEREFORE, the Plaintiff, Deborah Boyd, demands that judgment enter against the Defendants in an amount to be determined by this Court, plus interest and costs.

## JURY DEMAND

The Plaintiffs requests a trial by jury on all issues to triable.

Plaintiff,
By Her Attorneys,

*(signature)*
CHRISTOPHER G. TIMSON
BBO# 553120
HOWARD, TIMSON & WHITE
89 Access Road, Suite 29
Norwood, MA 02062
(781) 551-8900

Dated: June 18, 2004

A TRUE COPY
Attest: *(signature)* Assistant Clerk
11/3/04

2

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04 01037 | Trial Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|
| PLAINTIFF(S) Deborah Boyd | | DEFENDANT(S) Manet Community Health Center, Inc. Meera M. Mathew, M.D., and Jacqueline Foye, R.N. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Christopher G. Timson, Esq., 89 Access Rd., Suite 29, Norwood, MA 02062 (781) 551-8900 Board of Bar Overseers number: 553120 | | ATTORNEY (if known) |

**A**

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B06 | Malpractice-medical | (A) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................ $ unknown
2. Total Doctor expenses ......................................... $ unknown
3. Total chiropractic expenses ................................... $ unknown
4. Total physical therapy expenses ............................... $ unknown
5. Total other expenses (describe) ............................... $ unknown
   Subtotal $ unknown
B. Documented lost wages and compensation to date ................. $ unknown
C. Documented property damages to date ............................ $ unknown
D. Reasonably anticipated future medical and hospital expenses .... $ unknown
E. Reasonably anticipated lost wages .............................. $ unknown
F. Other documented items of damages (describe)
   $ ..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

The defendants provided negligent medical care to the plaintiff. As a result of the Defendants' negligence, the Plaintiff has been diagnosed with cervical cancer and was required to undergo a radical hysterectomy, suffered pain, anguish of mind and serious injury of the body, was unable to perform her normal activities and duties for an extended period of time, and sustained damages for loss of earnings and earning capacity.

TOTAL $ unknown

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

A TRUE COPY

Attest: _____ Clerk

TOTAL $. ..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Christopher G. Timson (jr)_   DATE: 6/18/04

AOTC-6 mtc005-11/99
AOSC 1-2000

44 1

3.0

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                    SUPERIOR COURT
                                                                CIVIL ACTION

RECEIVED & FILED
CLERK OF THE COURTS
NORFOLK COUNTY
7/15/04

NO. 04-01037

DEBORAH BOYD ........................, Plaintiff(s)

v.

Manet Community Health Center, Inc.
Meera M. Mathew, M.C., Defendant(s)
and Jacqueline Foye, R.N.

### SUMMONS

To the above-named Defendant: Jacqueline Foye, R.N., 80 Spring St., Quincy, MA

You are hereby summoned and required to serve upon ...Christopher G. Timson, Esq.
                                                      P.O. Box 588
plaintiff's attorney, whose address is .........Norwood, MA 02062....., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, Esquire, at ..Dedham.......the ....19th............

day of ......June............., in the year of our Lord two thousand and ...four............

A TRUE COPY
Attest: _____
Deputy Assistant Clerk
11/3/04

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

July 12, 2004

I hereby certify and return that on 7/7/2004 at 10:45 am I served a true and attested copy of the summons & complaint, civil action cover sheet & tracking order in this action in the following manner: To wit, by leaving at the last and usual place of abode of Jacqueline Foye, R.N., 80 Spring Street Quincy, MA . Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.04) Total Charges $34.54

*Deputy Sheriff*

**Deputy Sheriff Ronald Goguen**

N. B.   TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20     .

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO.
..............., *Plaintiff*
v.
..............., *Defendant*
SUMMONS
(Mass. R. Civ. P.4)



RECEIVED
JUL 13 2004
BY:_____

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

RECEIVED & FILED
CLERK OF THE COURTS
NORFOLK COUNTY
7/15/04

SUPERIOR COURT
CIVIL ACTION

NO. 04 01037

DEBORAH BOYD , *Plaintiff(s)*

v.

MANET COMMUNITY HEALTH CENTER, INC.
MEERA M. MATHEW, M.D. , *Defendant(s)*
and JACQUELINE FOYE, .R.N.

### SUMMONS

To the above-named Defendant: Manet Community Health Center, Inc.

You are hereby summoned and required to serve upon Christopher G. Timson, Esq. plaintiff's attorney, whose address is P.O. Box 588, Norwood, MA 02062, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Dedham the 18th day of June, in the year of our Lord two thousand and four.

A TRUE COPY
Attest: _____
Deputy Assistant Clerk
11/3/04

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33



**Norfolk County Sheriff's Department**    2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

July 12, 2004

I hereby certify and return that on 7/7/2004 at 10:51 am I served a true and attested copy of the summons & complaint, civil action cover sheet & tracking order in this action in the following manner: To wit, by delivering in hand to kathleen McDonald, , person in charge at the time of service for Manet Community Health Center, Inc., at , 1193 Sea Street, Quincy, MA.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.04) Total Charges $44.54

Deputy Sheriff Ronald Goguen                                Deputy Sheriff

N. B.  TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 20     .

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO.
............Plaintiff
v.
............, Defendant
SUMMONS
(Mass. R. Civ. P.4)

RECEIVED
JUL 1 3 2004

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 04-1037

Deborah Boyd, Plaintiff

vs.

Manet Community Health Center, Inc.,
Meera M. Mathew, M.D. and
Jacqueline Foye, R.N., Defendants

ORDER OF DISMISSAL
(STANDING ORDER NO. 1-88)

This action came on before the Court _Dutch-Okara R.A._, J., presiding, for re-examination pursuant to Standing Order No. 1-88 and service of process not having been made on the following defendant(s): _Meera M. Mathew, M.D._

It is **ORDERED**:

That the complaint is dismissed as to defendant(s) _Meera M. Mathew, M.D._ without prejudice.

By the Court,

( Dutch-Okara, R.A. J.)

A TRUE COPY
Attest: Virginia C. Foster
Deputy Assistant Clerk
11/3/04

aa: Mark Hickey
Assistant Clerk

Dated at Dedham, MA this _27th_ day of _October 2004_.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 29  P 2:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH BOYD,  )
  )
Plaintiff,  )
  )
v.  ) CIVIL ACTION
  ) NO.
MANET COMMUNITY HEALTH  )
CENTER, INC.;  ) 04 - 12310-NMG
MEERA M. MATHEW, M.D.;  )
and JACQUELINE FOYE, R.N.,  )
  )
Defendants.  )
  )

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Defendants Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N., by and through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby file this notice of removal, and as grounds for such removal state as follows:

1. Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N. are named defendants in the action styled Deborah Boyd v. Manet Community Health Center, Inc., et al., Docket No.04-01037, now pending in the Superior Court of Norfolk County, Massachusetts.

2. In that action, plaintiff makes allegations of, *inter alia*, negligence arising out of her medical care. For the relevant time period, Dr. Mathew and Ms. Foye were employees of Manet Community Health Center. Manet Community Health Center

comes under the jurisdiction of the United States of America. Pursuant to 28 U.S.C. §2679, plaintiff's exclusive remedy for injury arising from the alleged negligent acts of an employee of the United States is a suit against the United States under the provisions of the Federal Tort Claims Act. If filed in a state court, such actions are removable to United States District Court at any time before trial. 28 USC § 2679. This action is therefore removable to this Court.

3. No previous application for removal of this action has been made.

4. A copy of the pleadings filed in the Norfolk Superior Court and available to the government at this time are attached hereto.

WHEREFORE, Defendants Manet Community Health Center, Inc., Meera M. Mathew, M.D. and Jacqueline Foye, R.N. pray that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Norfolk County Superior Court, Civil Division, that the Norfolk County Superior Court, Civil Division shall proceed no further.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: October 29, 2004

A TRUE COPY
Attest: _____ Clerk
Deputy Assistant Clerk
11/3/04

2

**CERTIFICATE OF SERVICE**

    I, Eugenia M. Carris, Assistant U.S. Attorney, do hereby certify that I have this 29th day of October, 2004 served a copy of the foregoing Notice of Removal by First Class Mail upon:

Christopher G. Timson, Esq.
Howard, Timson & White
89 Access Road - Suite 29
Norwood, MA 02062

                                          Eugenia M. Carris
                                          Assistant U.S. Attorney

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                TRIAL COURT DEPARTMENT
                                            SUPERIOR COURT
                                            CIVIL ACTION NO. 04-01037

DEBORAH BOYD,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
MANET COMMUNITY HEALTH           )
CENTER, INC.;                    )
MEERA M. MATHEW, M.D.;           )
and JACQUELINE FOYE, R.N.,       )
                                 )
        Defendants.              )
                                 )

## NOTICE OF FILING
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on October 29, 2004 Defendants, through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, filed a Notice of Removal of this action to the United States District Court for the District of Massachusetts. The case has been assigned civil action number 04-12310-NMG

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446(d), the Norfolk Superior Court "shall proceed no further unless and until the case is remanded."

-1-

A certified copy of the Notice Of Removal, without attachments, is attached hereto.

                Respectfully submitted

                By their attorneys,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Eugenia M. Carris
       Eugenia M. Carris, BBO#566871
       Assistant U.S. Attorney
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3282

## CERTIFICATE OF SERVICE

I, Eugenia M. Carris, Assistant U.S. Attorney, do hereby certify that I have this 29th day of October, 2004 served a copy of the foregoing Notice of Filing Notice of Removal by First Class Mail upon:

Christopher G. Timson, Esq.
Howard, Timson & White
89 Access Road - Suite 29
Norwood, MA 02062

                /s/ Eugenia M. Carris
                Eugenia M. Carris
                Assistant U.S. Attorney

A TRUE COPY

A TRUE COPY
Attest: [signature] Deputy Assistant Clerk
11/3/04



U.S. Department of Justice

Michael J. Sullivan
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

October 29, 2004

Civil Clerk's Office
Norfolk Superior Court
650 High Street
Dedham, MA 02026

Re:  Deborah Boyd v. Manet Community Health Center, Inc., et al.
     Norfolk Superior Court Civil Action No. 04-01037

     Removed to: U.S. District Court - District of Massachusetts
        Civil Action No. 04-12310-NMG

Dear Sir/Madam:

A Notice of Removal of the above-entitled action from your Court to the United States District Court for the District of Massachusetts was filed on October 29, 2004. A certified copy of the Notice of Removal is enclosed.

Local Rule 81.1 for the United States District Court in the District of Massachusetts requires that certified or attested copies of all records and proceedings filed in the state court be filed promptly after the filing of a Notice of Removal. In addition, <u>a certified copy of all docket entries, including an entry indicating the receipt by your court of a copy of the Notice of Removal</u>, must be filed.

I therefore request that you provide me with the copies described above forthwith. Should there be any charge for these, please contact my assistant, Janice Zaniboni at (617) 748-3282. Thank you for your assistance.

Sincerely yours,

Eugenia M. Carris
Assistant U.S. Attorney

EMC/jmz

CC:  Christopher G. Timson, Esq.
     Howard, Timson & White
     89 Access Road - Suite 29
     Norwood, MA 02062

A TRUE COPY

Enclosures