UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12310-NMG

| | |
|---|---|
| DEBORAH BOYD,<br>PLAINTIFF<br><br>VS.<br><br>MANET COMMUNITY HEALTH<br>CENTER, INC; MEERA MATHEW, M.D.;<br>AND JACQUELINE FOYE, R.N.<br>DEFENDANTS | **NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

The plaintiff, DEBORAH BOYD, hereby voluntarily dismisses the above-entitled action, without prejudice, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), no responsive pleading having been filed on behalf of the defendants.

The plaintiff,
By her Attorney,

LAW OFFICES OF
HOWARD, TIMSON, WHITE & O'NEILL, P.C.

CHRISTOPHER G. TIMSON
BBO #553120
89 Access Road, Suite 29
P.O. Box 588
Norwood, MA 02062
(781) 551-8900

Dated: December 23, 2004